# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIEN L. HALL

NO. 2021 KW 0542

JULY 19, 2021

---

In Re:    Damien L. Hall, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 42,064.

---

BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.

**WRIT GRANTED.** We find merit in counsel's claim that the motion to recuse the trial judge contained a valid ground for recusal. Therefore, the trial judge erred by not referring the motion to another judge for consideration. See La. Code Crim. P. arts. 671 & 674. See also **State v. Frith**, 2017-1004 (La. App. 3d Cir. 4/11/18), 243 So.3d 633. Accordingly, the ruling denying the motion to recuse the judge is vacated, and this case is remanded to the district court for the clerk of court to randomly allot the motion to recuse pursuant to La. Code Crim. P. art. 675(B).

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT